SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
LAUREN J. BLAES, Cal. Bar No. 322189
lblaes@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendants
BUBBA GUMP SHRIMP CO. RESTAURANTS,
INC.; and LANDRY'S, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULMA YANIRA PORTILLO, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; LANDRY'S, LLC, a Delaware limited liability company; MIGUEL GUZMAN, an individual California resident; corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-11711-FMO-AS<br><br>Los Angeles Superior Court Case No: 25STCV24290<br><br>State Court Complaint: August 18, 2025<br>Removed to Federal Court: December 10, 2025<br><br>**ORDER RE JOINT STIPULATION TO [14] REMAND TO STATE COURT** |

-1-

SMRH:4936-9974-1834.1                                                              ORDER RE JOINT STIPULATION

## **ORDER**

Upon consideration of the foregoing stipulation, and finding good cause therefor, IT IS HEREBY ORDERED THAT:

1.   All class claims and class allegations asserted in the Action shall be dismissed without prejudice, and Plaintiff will not hereafter pursue class relief against Defendants or Miguel Guzman;

2.   No notice to the putative class members is necessary or shall be provided, as the dismissal will not prejudice them;

3.   Plaintiff will submit her individual wage and hour claims, including her individual PAGA claim, against Defendants and Miguel Guzman to final and binding arbitration in accordance with the terms of the purported Arbitration Agreement.  The Parties agree that arbitration shall be limited to Plaintiff's individual claims only, and in no event shall class or non-individual PAGA claims be heard in arbitration;

4.   Plaintiff's remaining claims alleged in the Action are remanded to the Los Angeles Superior Court;

5.   Upon remand to the Los Angeles County Superior Court, the non-individual PAGA claims will be stayed in their entirety pending the final disposition of the arbitration;

6.   Defendants reserve the right to move to stay the non-wage and hour claims pending the final disposition of the arbitration, and Plaintiff reserves her right to oppose such a motion;

7.   The Parties will make all reasonable efforts to coordinate and streamline depositions to avoid duplication so that witnesses and persons most knowledgeable will be deposed in one session covering both Plaintiff's individual wage and hour claims and non-wage and hour claims—this is without prejudice to (1) Plaintiff's position that her

-2-

SMRH:4936-9974-1834.1                                    ORDER RE JOINT STIPULATION

non-wage and hour claims are factually and legally distinct and should proceed without a stay, and (2) the Parties' right to seek reasonable additional deposition time or follow-up testimony if necessary based on sequencing, document production timing, arbitration limits, or other case-management issues that may arise; and

8.    The Scheduling Conference set for February 5, 2026 at 10:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

Dated:  <u>January 22, 2026</u>

/s/
HONORABLE FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

-3-